No. 23-11184

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA, EX REL., ALEX DOE, Relator,

*Plaintiff-Appellee,*

v.

PLANNED PARENTHOOD FEDERATION OF AMERICA, INCORPORATED,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
Civil Action No. 2:21-cv-00022-Z

# MOTION TO EXTEND DEADLINE FOR DEFENDANT-APPELLANT'S OPENING BRIEF

(*Counsel listed on signature page*)

# CERTIFICATE OF INTERESTED PERSONS

No. 23-11184, *Doe v. Planned Parenthood Federation of America, Inc.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

**Defendant-Appellant:**

Planned Parenthood Federation of America, Inc.
*Represented by* O'Melveny & Myers LLP
  Anton Metlitsky
  Leah Godesky
  Danny S. Ashby
  L. Nicole Allan

**Plaintiff-Appellee:**

Relator Alex Doe
*Represented by* Hacker Stephens LLP
  Heather Gebelin Hacker
  Andrew Bowman Stephens

**Other Parties:**

Defendant Planned Parenthood of Greater Texas, Inc.
Defendant Planned Parenthood Gulf Coast, Inc.
Defendant Planned Parenthood South Texas, Inc.
Defendant Planned Parenthood Cameron County, Inc.
Defendant Planned Parenthood San Antonio, Inc.
*Represented by* Arnold & Porter Kaye Scholer LLP
  Christopher M. Odell
  Craig D. Margolis
  Tirzah S. Lollar

    Paula R. Ramer
    Alyssa Gerstner
    Christian Sheehan
    Emily Reeder-Ricchetti
    Megan Pieper
    Meghan Martin
    Marcus Asner
    Matthew Diton
    Valarie Hays
    Jayce Lane Born

*Represented by* Law Office of Blackburn & Brown, LLP
    Ryan Patrick Brown

Plaintiff State of Texas
*Represented by* Office of the Attorney General
    Ken Paxton
    Amy S. Hilton
    William David Wassdorf

United States of America, Real Party in Interest
*Represented by* United States Attorney's Office
    Kenneth G. Coffin
    J. Scott Hogan
    Jamie Yavelberg

State of Louisiana, Real Party in Interest
*Represented by* Office of the Louisiana Attorney General
    Joseph Scott St. John

                        /s/ *Anton Metlitsky*
                        Anton Metlitsky

Pursuant to Fifth Circuit Rule 31.4, Defendant-Appellant Planned Parenthood Federation of America, Inc. hereby moves to extend the deadline to file its opening brief by 30 days, to March 13, 2024.

1. On January 2, 2024, this Court issued a briefing schedule setting a deadline of February 12, 2024 for Appellant's opening brief. Dkt. 25. Appellant respectfully requests an extension of 30 days such that its brief would be due on March 13, 2024.

2. Appellant has not previously sought an extension. And good cause supports an extension here for at least two reasons. First, the undersigned (along with Ms. Godesky) were fully occupied with a jury trial in the U.S. District Court for the Central District of California between January 2 and January 17, 2024. *Malkin v. Fed. Ins. Co.*, No. 2:21-cv-00172-CAS-PD (C.D. Cal.). Then, on January 19—two months after Appellant initiated its appeal and several weeks before Appellant's opening brief was due—Plaintiff-Appellee Alex Doe filed in this Court a motion to dismiss this appeal for lack of jurisdiction, Dkt. 39, to which Appellant was required to respond on January 29, Dkt. 43.

3. In light of the need to respond to Appellee's jurisdictional motion, the press of other unavoidable professional responsibilities, and the important legal issues presented in this appeal, there is good cause for a 30-day extension of time.

4. Appellee opposes this motion, but would suffer no prejudice from a short extension of the briefing schedule. For one thing, the district court has stayed proceedings below, ROA.48279, so there is no impending trial date or other important deadline implicated by this request. For another, Appellee's own motion to dismiss requested a stay in the briefing schedule. Dkt. 39 at 19.

For these reasons, the motion for a 30-day extension to file Appellant's opening brief should be granted such that Appellant's opening brief is due March 13, 2024.

Dated: January 30, 2024

Respectfully submitted,

| | |
|---|---|
| Danny S. Ashby<br>O'MELVENY & MYERS LLP<br>2801 N. Harwood Street<br>Dallas, TX 75201<br>Tel: (972) 360-1904<br>dashby@omm.com | /s/ *Anton Metlitsky*<br>Anton Metlitsky<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 326-2291<br>ametlitsky@omm.com<br><br>Leah Godesky<br>L. Nicole Allan<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Tel: (310) 246-8501<br>lgodesky@omm.com<br>nallan@omm.com |

*Counsel for Planned Parenthood Federation of America, Inc., Defendant-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, an electronic copy of the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit and served on counsel for Respondent-Appellee using the appellate CM/ECF system.

/s/ *Anton Metlitsky*
Anton Metlitsky

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit and the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 313 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally-spaced typeface using Microsoft Word in size 14 font in Times New Roman.

/s/ *Anton Metlitsky*
Anton Metlitsky
Counsel for Defendant-
Appellant Planned Parenthood
Federation of America, Inc.

Dated: January 30, 2024