# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 28, 2025
Lyle W. Cayce
Clerk

No. 23-11184

UNITED STATES OF AMERICA, *ex rel*, ALEX DOE, *Relator*,

*Plaintiff—Appellee*,

versus

PLANNED PARENTHOOD FEDERATION OF AMERICA, INCORPORATED,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-22
_____

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

LYLE W. CAYCE, CLERK

United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT