# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 18, 2025

Ms. L. Nicole Allan
O'Melveny & Myers, L.L.P.
2 Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

Mr. Danny Scot Ashby
O'Melveny & Myers, L.L.P.
2801 N. Harwood Street
Suite 1600
Dallas, TX 75201-2692

Ms. Leah Godesky
O'Melveny & Myers, L.L.P.
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

Mr. Anton Metlitsky
O'Melveny & Myers, L.L.P.
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

     No. 23-11184   Doe v. Planned Parenthood
                      USDC No. 2:21-CV-22

Dear Counsel:

This letter will serve to advise the Appellant that the court has requested a response to the Appellee's Petition for Rehearing En Banc to be filed in this office on or before March 28, 2025.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: Ms. Heather Gebelin Hacker
    Ms. Kateland R. Jackson
    Mr. Andrew Bowman Stephens