# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 26, 2025

Ms. L. Nicole Allan
O'Melveny & Myers, L.L.P.
2 Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

Mr. Danny Scot Ashby
O'Melveny & Myers, L.L.P.
2801 N. Harwood Street
Suite 1600
Dallas, TX 75201-2692

Ms. Leah Godesky
O'Melveny & Myers, L.L.P.
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

Ms. Heather Gebelin Hacker
Hacker Stephens, L.L.P.
108 Wild Basin Road, S.
Suite 250
Austin, TX 78746

Mr. Anton Metlitsky
O'Melveny & Myers, L.L.P.
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

Mr. Andrew Bowman Stephens
Hacker Stephens, L.L.P.
108 Wild Basin Road, S.
Suite 250
Austin, TX 78746

No. 23-11184     Doe v. Planned Parenthood
                 USDC No. 2:21-CV-22

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellant has until July 28, 2025, to file an en banc brief and the Appellee's en banc brief is due on August 27, 2025. You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant and red for the appellee). The date and time of the oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, redacted briefs, reply briefs, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by July 10, 2025. Please contact me if you have any questions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Ms. Meagan Corser