No. 23-11184

# In the United States Court of Appeals for the Fifth Circuit

UNITED STATES OF AMERICA, EX REL, ALEX DOE, RELATOR,
*Plaintiff-Appellee,*

*v.*

PLANNED PARENTHOOD FEDERATION OF AMERICA,
INCORPORATED,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division
No. 2:21-cv-00022

## OPPOSITION TO MOTION TO EXTEND DEADLINE FOR DEFENDANT-APPELLANT'S OPENING BRIEF

Heather Gebelin Hacker
Andrew B. Stephens
HACKER STEPHENS LLP
108 Wild Basin Road South
Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
heather@hackerstephens.com

*Counsel for Plaintiff-Appellee*

# Certificate of Interested Persons

No. 23-1184

United States of America, ex rel, Alex Doe, Relator,
*Plaintiff-Appellee*,

*v.*

Planned Parenthood Federation of America, Inc.,
*Defendant-Appellant.*

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

| Plaintiff-Appellee | Former or present counsel |
| --- | --- |
| • Relator Alex Doe (identity under seal) | Hacker Stephens LLP<br>• Heather Gebelin Hacker<br>• Andrew B. Stephens |

| Defendant-Appellant | Former or present counsel |
| --- | --- |
| • Planned Parenthood Federation of America | O'Melveny & Myers LLP<br>• Danny S. Ashby<br>• Justin R. Chapa<br>• Megan R. Whisler<br>• Anton Metlitsky<br>• Leah Godesky<br>• Amanda Santella<br>• Craig P. Bloom<br>• Ross Galin<br><br>Ryan Brown Attorney at Law<br>• Ryan Patrick Brown |

| Other Parties | |
|---|---|
| • State of Texas, Plaintiff | Office of the Attorney General<br>• Ken Paxton<br>• Brent Webster<br>• Grant Dorfman<br>• Shawn E. Cowles<br>• Austin Kinghorn<br>• Ralph Molina<br>• Raymond Winter<br>• Christopher D. Hilton<br>• Halie E. Daniels<br>• Reynolds B. Brissenden, IV<br>• Amy S. Hilton<br>• William Wassdorf |
| • United States of America, Real Party in Interest | United States Attorney's Office<br>• Kenneth G. Coffin<br>• J. Scott Hogan<br>• Jamie Yavelberg |
| • State of Louisiana, Real Party in Interest/Movant | Office of the Louisiana Attorney General<br>• Joseph Scott St. John |
| • Planned Parenthood of Greater Texas, Defendant<br>• Planned Parenthood Gulf Coast, Defendant<br>• Planned Parenthood South Texas, Defendant<br>• Planned Parenthood Cameron County, Defendant<br>• Planned Parenthood San Antonio, Defendant | Arnold & Porter Kaye Scholer LLP<br>• Christopher M. Odell<br>• Craig D. Margolis<br>• Tirzah S. Lollar<br>• Paula Ramer<br>• Alyssa Gerstner<br>• Christian Sheehan<br>• Emily Reeder-Ricchetti<br>• Megan Pieper<br>• Meghan Martin<br>• Ralf Owen Dunn<br>• Marcus Asner<br>• Jayce Lane Born<br>• Diana Mahoney |

| | Law Office of Blackburn & Brown, LLP<br>• Ryan Patrick Brown<br><br>Taxpayers Against Fraud<br>• Jacklyn DeMar |
|---|---|
| • The Anti-Fraud Coalition, *Amicus Curiae* | |

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
*Counsel for Plaintiff-Appellee Alex Doe*

Plaintiff-Appellee respectfully requests that this Court deny Defendant-Appellant's Motion to Extend Deadline.

1.    Under the current briefing schedule, briefing will be completed one month before the September en banc session, which is scheduled for September 23-26, 2025.[1] Defendant-Appellant PPFA requests a 28-day extension for its en banc brief, which would result in the briefing not being completed until September 24. That would make it too late for this Court to hear oral argument in this case during the September session. Perhaps that is why PPFA requests this relief. The Court's next en banc session isn't until January 2026.

2.    While Appellee is sympathetic to other lawyers' busy schedules and previously scheduled vacation, the requested extension will cause further prejudice to Appellee by delaying en banc consideration to the next session, and Appellee has already been prejudiced by repeated delays in this case. Undersigned counsel will also be on a planned family vacation out of the country during a portion of the period for preparation of Appellee's en banc brief yet still plans to submit the brief when scheduled by the Court. And undersigned counsel is one member of a two-person firm, not one of the country's largest law firms with thousands of lawyers. Given the importance of en banc proceedings, it is reasonable to expect that PPFA's counsel could obtain extensions or assistance on other matters if needed.

---

[1] While the Court stated that the oral argument date would be TBD, presumably that refers only to the day and time during the Court's September en banc session. ECF No. 142-1. The front page of the Court's website lists this case as one of the Court's September en banc cases.

3. Appellee previously explained the prejudice from the delay in this case when Appellee moved for the appeal to be expedited. ECF No. 39 at 19-20; ECF No. 52 at 9-10. A motions panel granted that motion. ECF No. 55-1. Appellee also noted the prejudice from delay when opposing PPFA's similar motion for a month-long extension to file its opening brief in the appeal, ECF No. 54, which was denied by the Court, ECF No. 60. The merits panel did not issue its per curiam opinion in the expedited appeal until nearly one calendar year after oral argument, ECF No. 120. Thus, the prejudice to Appellee that the motions panel presumably recognized was already occurring as of February 2024 has been exacerbated.

4. Moreover, other parties in this case are prejudiced by the delay. For instance, the State of Texas has not yet been able to try its claim against the Affiliate Defendants. None of those parties are part of this appeal.

## Conclusion

The Court should deny the motion.

Respectfully submitted.

/s/Heather Gebelin Hacker
Heather Gebelin Hacker
Andrew B. Stephens
HACKER STEPHENS LLP
108 Wild Basin Road South
Suite 250
Austin, Texas 78746
Tel: (512) 399-3022
heather@hackerstephens.com

*Counsel for Plaintiff-Appellee*

# CERTIFICATE OF SERVICE

On July 3, 2025, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1.

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER

# CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 447 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface and type style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the program used for the word count).

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER