# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 3, 2025
Lyle W. Cayce
Clerk

No. 23-11184

United States of America, *ex rel*, Alex Doe, *Relator*,

*Plaintiff—Appellee*,

versus

Planned Parenthood Federation of America, Incorporated,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-22

_____

ORDER:

IT IS ORDERED that Appellant's opposed motion for an extension of time to file a supplemental brief is DENIED.

/s/ Jennifer W. Elrod
Jennifer W. Elrod, Chief Judge
*United States Circuit Judge*