# United States Court of Appeals
## *for the*
# Fifth Circuit

---

Case No. 23-11184

UNITED STATES OF AMERICA, ex rel., ALEX DOE, Relator,

*Plaintiff-Appellee,*

v.

PLANNED PARENTHOOD FEDERATION
OF AMERICA, INCORPORATED,

*Defendant-Appellant.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO

---

## DEFENDANT-APPELLANT'S MOTION FOR LEAVE TO FILE EN BANC REPLY BRIEF

---

DANNY S. ASHBY
O'MELVENY & MYERS LLP
2801 North Harwood Street,
  Suite 1600
Dallas, Texas 75201
(972) 360-1904
dashby@omm.com

ANTON METLITSKY
O'MELVENY & MYERS LLP
1301 Avenue of the Americas,
  Suite 1700
New York, New York 10019
(212) 326-2291
ametlitsky@omm.com

LEAH GODESKY
L. NICOLE ALLAN
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067
(310) 246-8501
lgodesky@omm.com
nallan@omm.com

*Attorneys for Defendant-Appellant*

CP COUNSEL PRESS    (800) 4-APPEAL • (384003)

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal:

**Defendant-Appellant:**

    Planned Parenthood Federation of America, Inc.
    *Represented by* O'Melveny & Myers LLP
        Anton Metlitsky
        Leah Godesky
        Danny S. Ashby
        L. Nicole Allan

**Plaintiff-Appellee:**

    Relator Alex Doe
    *Represented by* Hacker Stephens LLP
        Heather Gebelin Hacker
        Andrew Bowman Stephens

**Other Parties:**

    Defendant Planned Parenthood of Greater Texas, Inc.
    Defendant Planned Parenthood Gulf Coast, Inc.
    Defendant Planned Parenthood South Texas, Inc.
    Defendant Planned Parenthood Cameron County, Inc.
    Defendant Planned Parenthood San Antonio, Inc.
    *Represented by* Arnold & Porter Kaye Scholer LLP
        Christopher M. Odell
        Craig D. Margolis
        Tirzah S. Lollar
        Paula R. Ramer
        Alyssa Gerstner
        Christian Sheehan

    Emily Reeder-Ricchetti
    Megan Pieper
    Meghan Martin
    Marcus Asner
    Matthew Diton
    Valarie Hays
    Jayce Lane Born

*Represented by* Law Office of Blackburn & Brown, LLP
    Ryan Patrick Brown

Plaintiff State of Texas (Amicus in Support of Plaintiff-Appellee on Appeal)
*Represented by* Office of the Attorney General
    Ken Paxton
    Amy S. Hilton
    William David Wassdorf
    Brent Webster

*Represented by* Office of the Attorney General, Solicitor General Division
    Willaim R. Peterson
    Beth Klusmann

United States of America, Real Party in Interest (Amicus in Support of Plaintiff-Appellee on Appeal)
*Represented by* United States Attorney's Office
    Kenneth G. Coffin
    J. Scott Hogan
    Jamie Yavelberg
    Nancy E. Larson

*Represented by* Office of the Attorney General
    Brett A. Shumate

*Represented by* United States Department of Justice, Civil Division
    Michael S. Raab
    Charles W. Scarborough
    Benjamin C. Wei

State of Louisiana, Real Party in Interest
*Represented by* Office of the Louisiana Attorney General
    Joseph Scott St. John

First Liberty Institute (Amicus in Support of Plaintiff-Appellee on Appeal)
*Represented by* First Liberty Institute
    Kelly J. Shackelford
    Jeffrey C. Mateer
    Hiram S. Sasser, III
    Keisha Russell

Texas Public Policy Foundation (Amicus in Support of Plaintiff-Appellee on Appeal)
*Represented by* Texas Public Policy Foundation
    Robert Henneke
    Chance Weldon

Law Professors and Ethics Professionals (Amicus in Support of Defendant-Appellant on Appeal):
    S. Alan Childress
    Renee Knake Jefferson
    David Luban
    Milan Markovic
    Ellen A. Panksy

*Represented by* Botkin Chiarello Calaf, PLLC
    Jennifer Rappoport
    Katherine P. Chiarello
    Christine Roseveare

    /s/ *Anton Metlitsky*
    Anton Metlitsky

**ARGUMENT**

Defendant-Appellant Planned Parenthood Federation of America, Inc. ("PPFA") respectfully moves this Court for leave to file the attached reply brief in support of its supplemental en banc brief. In support of this motion, PPFA states as follows:

The en banc argument in this case is scheduled for September 25, 2025. PPFA filed its supplemental en banc brief on July 28, 2025. Plaintiff-Appellee Alex Doe ("Relator") filed his en banc brief on August 27, 2025.

This Court's en banc order did not provide for a supplemental reply brief. But Federal Rule of Appellate Procedure 28(c) provides that "[t]he appellant may file a brief in reply to the appellee's brief." Fed. R. App. P. 28(c). Although that Rule does not expressly apply to en banc submissions, this Court has routinely granted parties leave to file reply briefs in en banc proceedings. *See, e.g.*, *United States v. Campos-Ayala*, No. 21-50642, Order (5th Cir. Nov. 17, 2023); *Crawford v. Cain*, No. 20-61019, Order (5th Cir. Sept. 13, 2023); *Cargill v. Garland*, No. 20-51016, Order (5th Cir. Sept. 2, 2022); *United States v. Dubin*, No. 19-50912, Order (5th Cir. May 17, 2021); *Cochran v. S.E.C.*, No. 19-10396, Order (5th Cir. Jan. 14, 2021).

The Court should follow that same precedent and allow PPFA to file its supplemental reply brief here. PPFA's reply brief complies with the normal word limit for reply briefs (it is less than 6,500 words) and is filed 14 days after Relator's

supplemental brief and 15 days before the argument, consistent with the federal rules. Fed. R. App. P. 31(a)(1) ("The appellant may serve and file a reply brief within 21 days after service of the appellee's brief but a reply brief must be filed at least 7 days before argument."); Fed. R. App. P. 32(a)(7). Moreover, the brief will aid the Court in evaluating the important issues presented in this case. If the Court benefits from reply briefs in the run-of-the-mill appeal, it follows a fortiori that the Court would benefit from such a brief in a case important enough to warrant the full Court's review. That is especially so because the attached reply brief responds not only to Relator's answering brief but also to three amicus briefs filed in Relator's support, including by the United States and the State of Texas.

PPFA thus respectfully submits that leave to file a reply brief is warranted here as it will assist the en banc Court in evaluating the legal issues presented in this appeal.

Relator opposes this motion, but will suffer no plausible prejudice from PPFA's filing of a Rules-compliant reply brief in the ordinary course.

## CONCLUSION

For the foregoing reasons, PPFA respectfully requests that the Court grant this motion and order that the attached reply brief be filed.

Respectfully submitted,

/s/ *Anton Metlitsky*

| | |
|---|---|
| Danny S. Ashby | Anton Metlitsky |
| O'MELVENY & MYERS LLP | O'MELVENY & MYERS LLP |
| 2801 N. Harwood Street | 1301 Avenue of the Americas |
| Dallas, TX 75201 | New York, NY 10019 |
| Tel: (972) 360-1904 | Tel: (212) 326-2291 |
| dashby@omm.com | ametlitsky@omm.com |

Leah Godesky
L. Nicole Allan
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Tel: (310) 246-8501
lgodesky@omm.com
nallan@omm.com

*Counsel for Planned Parenthood Federation of America, Inc., Defendant-Appellant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2025, an electronic copy of the foregoing document was filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit and served on counsel for Plaintiff-Appellee using the appellate CM/ECF system.

/s/ *Anton Metlitsky*
Anton Metlitsky

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit and the word limit of Fed. R. App. P. 27(d)(2)(A) Fed. R. App. P. 40(b)(1) because it contains 458 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(7)(B)(i) and Fed. R. App. P. 32(a)(5), and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally-spaced typeface using Microsoft Word in size 14 font in Times New Roman.

/s/ *Anton Metlitsky*
Anton Metlitsky
Counsel for Defendant-Appellant Planned Parenthood Federation of America, Inc.

Dated: September 10, 2025