# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 12, 2026

Lyle W. Cayce
Clerk

No. 23-11184

UNITED STATES OF AMERICA, *ex rel*, ALEX DOE, *Relator*,

*Plaintiff—Appellee*,

*versus*

PLANNED PARENTHOOD FEDERATION OF AMERICA,
INCORPORATED,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CV-22

JUDGMENT ON REHEARING EN BANC

Before ELROD, *Chief Judge,* and JONES, SMITH, BARKSDALE,
STEWART, RICHMAN, SOUTHWICK, HAYNES, GRAVES,
HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM,
WILSON, DOUGLAS, and RAMIREZ, *Circuit Judges*. *

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

———————————————————

* Judge Oldham concurs in the judgment only.